UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MBD Case No. 25-MC-94026 |
| ) | |
| SCOTT MORRILL, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH
INDICTMENT OR INFORMATION MUST BE FILED**

The United States of America, by Assistant United States Attorney Kristen M. Noto, hereby moves the Court for an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **June 6, 2025**.

In support of the motion the government states as follows:

1. Defendant Morrill is charged by criminal complaint, 25-mj-4203-DHH, with Possession of Child Pornography, in violation to Title 18, United States Code, Sections 2252A(a)(5)(b) and (b)(2).

2. Following his arrest, Morrill had his initial appearance before the Magistrate Court on April 7, 2025. He later waived his preliminary hearing and consented to a voluntary order of detention. Pursuant to 18 U.S.C. '3161(b), the government has until May 7, 2025, to indict Morrill.

3. The parties are exploring the possibility of resolving this case short of a trial. In furtherance of that goal, the Government provided voluntary, pre-indictment discovery. The parties make this request for an extension of time to provide the defendant sufficient time to review that discovery and for the parties to discuss a pre-indictment resolution.

4. The government has not previously sought to enlarge the time in which an

indictment or information must be filed.

5. The government submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

6. The government has consulted with counsel for the defendant, Richard Farrell, who assents to this request on behalf of Scott Morrill.

ACCORDINGLY, the government asks the Court to enter an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **June 6, 2025,** and moves that the period between April 7, 2025, through June 6, 2025, be excluded from all Speedy Trial Act calculations.

          Respectfully submitted,

          LEAH B. FOLEY
          UNITED STATES ATTORNEY

By:   */s/ Kristen M. Noto*
       KRISTEN M. NOTO
       Assistant U.S. Attorney
       United States Attorney's Office
       District of Massachusetts
       Donohue Federal Building
       595 Main Street
       Worcester, Massachusetts 01608

Dated: April 29, 2025

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ Kristen M. Noto*
                                          Kristen M. Noto
                                          Assistant U.S. Attorney

Dated: April 29, 2025